**CLOSED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY SADOFSKY, an individual, | CASE NO. 2:20-cv-09490 CAS (ASx) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER DISMISSING ACTION |
| ATKORE INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties,

**IT IS HEREBY ORDERED** that the above-entitled action be and hereby is dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

Dated:  February 10, 2022

_Christine A. Snyder_

UNITED STATES DISTRICT JUDGE